UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RED.COM, INC. dba RED DIGITAL CAMERA, a Washington corporation,<br><br>            Plaintiff,<br>    vs.<br>NETCAST HD, INC., a Delaware corporation, and TODD BRYANT, an individual,<br><br>            Defendants.<br>_____<br>NETCAST HD, INC., a Delaware corporation,<br><br>            Counterclaimant,<br>    vs.<br>RED.COM, INC. dba RED DIGITAL CAMERA, a Washington corporation,<br><br>            Counterdefendant. | Case No.:  SACV 08-01030 AG(ANx)<br><br><br><br>ORDER FOR JUDGMENT<br><br><br>Dept.: 10D<br><br>Judge:  Hon. Andrew J. Guilford |

This case having come on before this Court, upon the pleadings, and it being represented to the Court that Plaintiff Red.com, Inc. and Defendants Netcast HD, Inc. and Todd Bryant have settled their differences with respect to the matters in

1  dispute by way of a separate settlement agreement between the parties.  On the
2  consent of the parties and their attorneys, and good cause having been shown,
3      IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED:
4      That judgment be entered against Netcast HD, Inc. and Todd Bryant in the
5  amount of $132,000.00 less a credit of $16,500.00 for amounts paid pursuant to
6  the Settlement Agreement between the parties dated March 30, 2009.
7      IT IS HEREBY ORDERED.
8  DATED: November 10, 2009

_____
JUDGE, U.S. District Court, Andrew J. Guilford